# UNITED STATES DISTRICT COURT

for the

District of Maryland

✓ FILED    ___ ENTERED
____ LOGGED    _____ RECEIVED

**4:35 pm, Jan 25 2024**

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No.   1:24-mj-00064 |
| Sandisk USB drive (no serial number), | ) |
| black and red in color | ) |
| Attachment A-3 | ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-3.

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028, 18 U.S.C. § 1028A, | Identity Theft, Aggravated Identity Theft, |
| 18 U.S.C. § 1029, 18 U.S.C. § 1030 | Fraud and Related Activity in Connection with Access Devices, Fraud and Related Activity in Connection with Computers |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Sean Williams*
*Applicant's signature*

Sean Williams, TIGTA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___video conference and/or telephone conference___ *(specify reliable electronic means).*

Date:   __January 10, 2024__

*Judge's signature*

City and state:   ___Baltimore, Maryland___       Erin Aslan, U.S. Magistrate Judge
*Printed name and title*